STATE OF CONNECTICUT *v.* FREDDY RAMIREZ

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 865 (AC 19107), is denied.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided April 11, 2001

LUIS A. RIVERA *v.* COMMISSIONER OF CORRECTION

The petitioner Luis A. Rivera's petition for certification for appeal from the Appellate Court, 61 Conn. App. 825 (AC 19406), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Adele V. Patterson,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided April 11, 2001